UNITED STATES of America,
Plaintiff–Appellee

v.

Sidney Jerald BALL, Defendant–
Appellant.

No. 03–40236.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 26, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Sidney Jerald Ball, Yazoo City, MS, pro se.

Before KING, Chief Judge, and JOLLY and PICKERING, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Sidney Jerald Ball has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ball was notified of counsel's motion and did not file a response.

Our independent review of the briefs and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. All outstanding motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.